Form ntcfilpc (10/05)

## UNITED STATES BANKRUPTCY COURT

District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Case No.:   15−18071   Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph A. Latham<br>*debtor has no known aliases*<br>608 Chester River Beach Road<br>Grasonville, MD 21638 | Christine K. Latham<br>*debtor has no known aliases*<br>608 Chester River Beach Road<br>Grasonville, MD 21638 |
| Social Security No.:   xxx−xx−6355 | xxx−xx−5516 |
| Employer's Tax I.D. No.: | |

### NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

*Notice is Given That:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since the notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:   11/12/15.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. A claim may be filed in the office of the clerk of the bankruptcy court on an official form prescribed for as the proof of claim. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing a proof of claim.

*Any creditor who has filed a proof of claim already need NOT file another proof of claim.*

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office.

Dated: 8/14/15

                                                        Mark A. Neal, Clerk of Court
                                                        by Deputy Clerk, admin